# Court of Appeals
# of the State of Georgia

ATLANTA,　November 15, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0039. DEANDRE ARNOLD v. THE HONORABLE CRAIG SCHWALL, JUDGE et al.**

The petitioner's motion for an emergency writ of mandamus does not include the required filing fee or a sufficient affidavit of indigency per OCGA § 5-6-4 and Court of Appeals Rule 5.

While in some instances OCGA 9-1-1 allows an unsworn declaration to substitute for a notarized document, the petitioner's unsworn declaration does not meet the statutory requirements as to form and content pursuant to OCGA § 9-1-1 (f).

Accordingly, the motion is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　*Clerk's Office, Atlanta,　11/15/2024*

　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*